P.O. BOX 12308, CAPITOL STATION
AUSTIN, TEXAS 78711



**COURT OF CRIMINAL APPEALS**
**OF TEXAS**

**OFFICIAL BUSINESS**
**STATE OF TEXAS**
**PENALTY FOR**
**PRIVATE USE**

H HOUSTON
TX 773

PRESORTED
FIRST CLASS

UNITED STATES POSTAGE
PITNEY BOWES

$ 00.40⁶

02 1M          APR 01 2015
0004279596
MAILED FROM ZIPCODE 78701

RE: WR-82,683-01

EUGENE DALE ENDERLIN JR.
TDC # 1490997



DISCHARGED

RTS